MAY 1768.

Britton
vs.
Ridgely.

———※———

## MAY TERM, 1768.

RIDGELY *et al.* Lessee, *vs.* BRITTON.

EJECTMENT for sundry tracts of land lying in Balti-more county, viz. *Boreing's Forest*, *Cuckoldmaker's Ha-*

zard, and *Boreing's Gift.* General defence, and plots re-turned.

A *special verdict* found at the April assizes stated the following facts.

1, 2, 3, 4, 5, 6, 7 and 8, are the same facts as found in the special verdict in the preceding case of *Britton, qui tam, et. al. vs. Ridgely.*

9. *Britton* possessed, &c. until *Boreing's* deed to the lessors of the plaintiff.

10. That after the contract, 9th of February 1765, *Absalom Boreing* arrived to age.

11. That afterwards, to wit, 27th July 1765, *Boreing* executed his deed of bargain and sale to the lessors of the plaintiff, which was duly acknowledged and recorded, and the consideration paid.

12. That afterwards, and before the 1st of September 1765, (the day of the demise in the declaration,) the lessors of the plaintiff entered into the lands, claiming them, and gave notice to *Britton* of their deed, and required him to relinquish possession.

13. That the lands in the patents, and the lands in the declaration, are the same lands, and that the lands are butted, bounded, and lie as described and located by the plaintiff on the plots.

14. The jury find the lease, entry and ouster, in the declaration mentioned.

15. The same as mentioned in the 10th in the preceding case before referred to.

16. Same as the 11th in the case before referred to.

17. Same as the 12th in the case before referred to, meaning the deed to the lessors of the plaintiff.

18, 19 and 20. The same as 13, 14 and 15, in the case before referred to.

21. That neither *Boreing,* nor the lessors of the plaintiff, were in the *actual possession* of the lands at any time within one year next preceding the deed of the 27th of July 1765, or had taken the rents or profits thereof, in any other manner than as aforesaid found.

*Johnson, Chase, Jenings* and *Alexander,* for the Plaintiff.

*Hall, Goldsborough,* (Attorney-General,) and *Paca,* for the Defendant.

JUDGMENT was entered upon the *special verdict* for the plaintiff. The damages and costs were released.